UNITED STATES of America,
Plaintiff–Appellee,

v.

Keith BLACKWELL, Defendant–
Appellant.

No. 08–17133
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 15, 2009.

Demetria Nicole Williams, Brian Jerrard, Federal Public Defender, Macon, GA, for Defendant–Appellant.

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

D. Nicole Williams, appointed counsel for Keith Blackwell in this appeal from the denial of relief under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation and filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Blackwell's § 3582(c)(2) motion is **AFFIRMED**.